| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JOE ANGUS MCKENNA<br>RUTH ALLISON MCKENNA<br>317 #A E Prune Ave.<br>Lompoc, CA 93436<br>805-717-1387<br>805-717-1364<br><br>☒ Debtor appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Joe Angus McKenna<br>dba McKennas Legal Documents<br>Ruth Allison McKenna<br><br><br>Debtor(s). | CASE NO.: 9:24-bk-10717-RC<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A/B – J)     ☒ Chapter 13 Plan     ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☒ Debtor's Certification of Employment Income
   ☒ Other (*specify*):
      Any and all other documents that need to be filed by July 10, 2024.

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 06/26/2024
3. Date of § 341(a) meeting of creditors: 08/07/2024
4. Debtor requests extension to and including (extension deadline) (*date*): 07/24/2024

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 1                          F 1007-1.MOTION.DEC.EXTEND

5. Declaration regarding the reason(s) for extension (*explain*):

The reasons we are asking for a 14 day extension to file our case opening documents are as follows:

a. Both of the elderly Debtors contracted a flu that made us bed ridden from June 29, 2024 until July 9, 2024. We were dependent on our friends to care for us during that time. We are still not 100% well, but we are getting better, and we are now able to complete the tasks at hand.

b. During our illness, we were not able to sift through our many financial records, which are extensive because we run a business. Our intention is to give the court accurate and thorough numbers to complete our financial bankruptcy court documents.

c. We still need to complete our 2022 and 2023 tax returns a week before the § 341(a) meeting of creditors. Those two tax returns will give us further and accurate numbers to include in our bankruptcy court forms. Because we have a more complicated tax situation, we would like to give the court a more complete and true snapshot of our financial situation.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

07/09/2024    *Joe Angus McKenna*
Date    Signature of Debtor

07/09/2024    *Ruth Allison McKenna*
Date    Signature of Joint Debtor, if applicable

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 1007-1.MOTION.DEC.EXTEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
711 E Ocean Avenue, Lompoc, CA 93436

A true and correct copy of the foregoing document entitled: **DEBTOR'S APPLICATION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/09/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

The case trustee and U.S. Trustee will be automatically served by the Court at their email address.

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __07/09/2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Northern Division<br>1415 State Street<br>Santa Barbara, CA 93101-2511 | CARRINGTON MORTGAGE SERVICES LLC<br>1600 S Douglas Rd Suite 110<br>Anaheim, CA 92806-5951 | Carrington Foreclosure Services, LLC<br>P.O. Box 3309<br>Anaheim, CA 92803 |

City of Lompoc, City Hall, Lompoc, CA 93436

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/09/2024 | Ryan Whittenberg | *Ryan Whittenberg* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 1007-1.MOTION.DEC.EXTEND