**FILED & ENTERED**

**JUL 10 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Spann    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| In re:<br><br>JOE ANGUS MCKENNA,<br>RUTH ALLISON MCKENNA,<br><br>Debtor(s). | CASE NO.: 9:24-bk-10717-RC<br><br>CHAPTER: 13<br><br>**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS** |
|---|---|

On July 10, 2024, the debtors filed a Motion to Extend Time to File Case Opening Documents (the "Motion"). *See* Docket No. 8. Having reviewed the Motion, IT IS HEREBY ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is **July 24, 2024.**

☐ The Motion is DENIED because (*check all reasons that apply*):

☐ The Motion does not contain an adequate explanation for why more time is needed to file the missing documents.
☐ The Motion is not supported by a declaration under penalty of perjury.
☐ The Motion was filed after deadline for filing missing document(s).
☐ There is no Proof of Service of the Motion on all creditors.
☐ Other:

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**    **Time:**

   **Courtroom #**    **Address of courthouse**:

###

Date: July 10, 2024

Ronald A. Clifford III
United States Bankruptcy Judge