SAM CHANDRA (SBN 203942)
LAW OFFICES OF SAM CHANDRA, APC
710 S. MYRTLE Ave, # 600
MONROVIA, CA 91016
(626) 305-0555

ATTORNEYS FOR MOVANT
Hollyvale Rental Holdings, LLC

**FILED & ENTERED**

**MAR 18 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY milano     DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA

In re:

Joe Angus McKenna

Ruth Allison McKenna

Debtors

Case No.   9:24-bk-10717-RC
CHAPTER:  13

ORDER REOPENING CASE

Hearing Date Time and Place:
March 11, 2025
1:00 p.m.
1415 State Street
Santa Barbara, CA 93101
Courtroom 201

    Hollyvale Rental Holdings, LLC's "Motion to Re-Open Closed Case" was called for hearing as indicated in the caption.  Appearing for Movant was attorney Sam Chandra, the Debtors did not appear.

    The court in review of the Moving Papers, the Notice of Opposition and Request for a Hearing and the argument presented at the hearing, good cause appearing, for the reasons stated on the record, the courts grants the order reopen this case for the limited purposes determining if

-2-

the sale of the property located at 317 East Prune Avenue Lompoc CA 93436 was conducted prior to, or after the petition was filed.

IT IS HEREBY ORDERED that the Motion is granted for the limited purpose set forth herein, the case is reopened.

IT IS FURTHER ORDERED that this case shall be re-closed without further notice if no motions are pending within thirty days after the entry date of this Order.

###

Date: March 18, 2025

Ronald A. Clifford III
United States Bankruptcy Judge